## MICHAEL IOVIENO *v.* COMMISSIONER OF CORRECTION

The petitioner Michael Iovieno's petition for certification for appeal from the Appellate Court, 67 Conn. App. 126 (AC 19794), is denied.

KATZ and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*Todd A. Edgington,* assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* senior assistant state's attorney, in opposition.

Decided January 17, 2002

## STATE OF CONNECTICUT *v.* RICHARD LANGSTON

The defendant's petition for certification for appeal from the Appellate Court, 67 Conn. App. 903 (AC 19960), is denied.

*Carlos E. Candal,* special public defender, in support of the petition.

*Robert J. Scheinblum,* assistant state's attorney, in opposition.

Decided January 17, 2002